# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CODY S. BROWN,** **Defendant.** | PO-22-5065-GF-JTJ VIOLATION: E1046777 Location Code: M12 ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 6, 2022 is **VACATED**.

DATED this 5th day of October, 2022.

_____
John Johnston
United States Magistrate Judge